JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA ALVARADO, an individual,<br><br>                    Plaintiff,<br>vs.<br><br>WABASH NATIONAL<br>CORPORATION; and DOES 1-9,<br>INCLUSIVE,<br><br>                    Defendants. | CASE NO.: 5:22-CV-00194-JGB-SHK<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Complaint Filed: August 12, 2021<br>FAC Filed: Dec. 21, 2021<br>Trial Date: Not Set |

# ORDER

THE COURT having considered the Stipulation and Dismissal of the Entire Action entered into between Plaintiff Ana Alvarado and Defendant Wabash National Corporation and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. The above-captioned action be dismissed in its entirety with prejudice as to all claims and all parties pursuant to Federal Rules of Civil Procedure 41(a)(1); and

2. Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: June 8, 2022

_____
HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

4868-9821-8270, v. 1